Jesse M. Caryl, Bar No. 208687
Steven M. Kroll, Bar No. 216196
BENT CARYL & KROLL, LLP
6300 Wilshire Boulevard, Suite 1415
Los Angeles, California 90048
Telephone: (323) 315-0510
Facsimile: (323) 774-6021
jcaryl@bcklegal.com
skroll@bkclegal.com

Attorneys for Defendants
Darden Restaurants, Inc., GMRI, Inc.,
Yard House USA, Inc., and Yard House
Northridge LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENER DA SILVA, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DARDEN RESTAURANTS, INC., a Florida Corporation; GMRI, INC., a Florida Corporation; YARD HOUSE USA, INC., a Delaware Corporation; YARD HOUSE NORTHRIDGE LLC, a California Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-05663-ODW-E<br><br>**DECLARATION OF ANTHONY MORROW IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date: November 6, 2017<br>Time: 1:30 p.m.<br>Courtroom: 5D<br><br>Action filed: July 31, 2017<br>Trial date: None |

I, Anthony Morrow, declare as follows:

1. I make this declaration based upon personal knowledge and my review of business records over which I have access and control. Those records were made in the ordinary course of business, in the course of regularly conducted business activities at or about the time of the events they describe, and are transmitted from information conveyed by persons with personal knowledge of the events described therein.

2. I am over the age of 18 and reside in the State of Florida.

3. I am an appointed Assistant Secretary of GMRI, Inc. ("GMRI"), a defendant in the above-entitled matter. I am an authorized custodian of GMRI's corporate records and am familiar with the corporate processes used to take actions pertaining to human resources practices and policies. Except where otherwise indicated, I have personal knowledge, or knowledge based on my review of corporate records that are within my custody and control, of the facts set forth herein, and if called as a witness, could competently testify thereto.

4. Darden Restaurants, Inc. ("Darden") is incorporated under the laws of the State of Florida and maintains its home office and headquarters in Orlando, Florida.

5. GMRI is incorporated under the laws of the State of Florida and maintains its home office and headquarters in Orlando, Florida.

6. GMRI is a wholly owned subsidiary of Darden, and Darden is GMRI's sole shareholder.

7. Yard House USA, Inc. ("YH USA") is incorporated under the laws of the State of Delaware and maintains its home office and headquarters in Orlando, Florida.

8. YH USA is a wholly owned subsidiary of GMRI.

9. Yard House Northridge, LLC ("YH LLC") was incorporated under the

- 2 -

laws of the State of California and maintained its home office and headquarters in Orlando, Florida.

10. YH LLC was a wholly owned subsidiary of YH USA and merged into YH USA on May 24, 2017. YH LLC is no longer in existence.

11. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on September 25, 2017 at Orlando, Florida.

*[signature]*

Anthony Morrow