Jesse M. Caryl, Bar No. 208687
Steven M. Kroll, Bar No. 216196
BENT CARYL & KROLL, LLP
6300 Wilshire Boulevard, Suite 1415
Los Angeles, California 90048
Telephone: (323) 315-0510
Facsimile: (323) 774-6021
jcaryl@bcklegal.com
skroll@bkclegal.com

Attorneys for Defendants
Darden Restaurants, Inc., GMRI, Inc.,
Yard House USA, Inc., and Yard House
Northridge LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENER DA SILVA, an individual, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DARDEN RESTAURANTS, INC., a Florida Corporation; GMRI, INC., a Florida Corporation; YARD HOUSE USA, INC., a Delaware Corporation; YARD HOUSE NORTHRIDGE LLC, a California Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-05663-ODW-E<br><br>**DECLARATION OF JESSE M. CARYL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>Date:        November 6, 2017<br>Time:        1:30 p.m.<br>Courtroom:   5D<br><br>Action filed: July 31, 2017<br>Trial date: None |

I, Jesse M. Caryl, declare as follows:

1. I am an attorney at law licensed to practice in the State of California and before this Court.

2. I am a partner with the firm of Bent Caryl & Kroll, LLP, attorneys for defendants Darden Restaurants, Inc., GMRI, Inc., Yard House USA, Inc., and Yard House Northridge, LLC (collectively, "Defendants") in this action.

3. I have personal knowledge of each of the matters set forth below and, if called as a witness, could and would testify competently to each of them under oath.

4. This declaration is submitted in support of Defendants' motion to compel arbitration.

5. On August 31, 2017, in advance of the motion and in accordance with Local Rule 7-3, I met and conferred in person with plaintiff Jener Da Silva's ("Plaintiff") counsel to discuss Defendants' anticipated motion to compel arbitration. Following the conference, the parties were unable to agree on the substance of Defendants' motion.

6. On September 5, 2017, I further met and conferred with Plaintiff's counsel via letter regarding substance of Defendants' motion, and further provided the Dispute Resolution Process ("DRP") booklet, including Plaintiff's executed acknowledgment, to Plaintiff's counsel and notified them that Plaintiff was required to submit his claims to arbitration. Notwithstanding, the parties were unable to stipulate to Defendants' anticipated motion.

7. Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct, and that this declaration was executed on September 29, 2017 at Los Angeles, California

_____
Jesse M. Caryl